# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| DAVID R. CARTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-CV-209 JVB |
| | ) | |
| TYSON FOODS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On October 13, 2009, Magistrate Judge Christopher A. Nuechterlein issued a Report and Recommendation on Defendants' Motion to Dismiss Counts II, III, and IV of the Complaint. Judge Nuechterlein advised the Plaintiffs that, pursuant to 28 U.S.C. § 636(b)(1), they had ten days to object to the Report and Recommendation and that, if they did not object, they would be waiving their rights to challenge it later. To date, the Plaintiffs have not objected.

Accordingly, the Court now accepts Judge Nuechterlein's Report and Recommendation and GRANTS Defendants' Motion to Dismiss Counts II, III, and IV [DE 50].

SO ORDERED on December 3, 2009.

                                              s/ Joseph S. Van Bokkelen
                                              JOSEPH S. VAN BOKKELEN
                                              UNITED STATES DISTRICT JUDGE