IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID R. CARTER, BRANT T. ODOM, ROBERT D. MINNICK, JEREMY D. MINNICK, Individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>TYSON FOODS, INC. and TYSON FRESH MEATS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:08-cv-209-JVB-CAN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT STIPULATION REGARDING
ELECTRONICALLY STORED INFORMATION ("ESI")

    Plaintiffs David R. Carter, Brant T. Odom, Robert D. Minnick and Jeremy D. Minnick, et al., individually and on behalf of a class of others similarly situated, if any, and Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (collectively "Tyson") hereby enter this joint stipulation regarding electronically stored information.  In recognition of the obligations conferred on the parties pursuant to Federal Rules of Civil Procedure 26, 33, and 34, and in recognition that Rule 34 specifically requires the production of electronically stored information ("ESI"), the parties have attempted to negotiate the manner in which electronically stored information will be searched and produced in this litigation.  This agreement does not govern nor alter Tyson's discovery obligations under the Federal Rules of Civil Procedure with regard to production of documents, information and things that are not electronically stored.

    NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.   **Custodians**:  Tyson's obligation to search for ESI is limited to the hard drives of the following custodians:

>Rick Retzlaff
>Plant Manager
>
>Kelly Robertson
>Complex HR Manager
>
>Marsha Thatcher
>HR Manager
>
>Wayne Kies
>Night Shift Manager
>
>Jennifer Barber
>Industrial Engineer
>
>Rick Nimrick
>HR Operations Director
>
>Tim Barber
>Plant Superintendent
>
>Larry Carter
>Plant Superintendent
>
>Mike Bryant
>Plant Superintendent
>
>Kelly Reed
>Plant Superintendent
>
>Rod Lewis
>Plant Superintendent
>
>Dave Backman
>Plant Superintendent
>
>Ken Kimbro
>SVP Human Resources
>
>Angela O'Hara
>Coord.Safety

        Scott Dougherty
        Supv. Gen'l Kill Flr.

        Marcus Drago
        Supv. Gen'l Cut Flr.

        Teddy Coberly
        Supv. Gen'l Converting

2. **Mode of Search:** In searching the hard drives of the custodians listed in Paragraph 1 above, Tyson will download the data from the hard drives without the use of any specialized forensic software to retrieve the information, unless otherwise agreed to by the parties after the execution of this agreement or pursuant to a valid court order.

3. **Search Terms:** Tyson's obligation to search the computers of the custodians listed in Paragraph 1 is limited to the search terms listed on Exhibit A to this Joint Stipulation, as may be modified from time to time by the parties. Nothing in this Joint Stipulation should be read to preclude Plaintiffs from filing appropriate motion papers with the Court at any time to request additional or modified search terms during the course of the litigation or prevent Tyson from opposing such request.

4. **Review and Production:** Once ESI is retrieved as described in Paragraphs 1 through 3 of this Joint Stipulation, the ESI will be reviewed for privilege and responsiveness. Tyson will produce non-privileged ESI responsive to Plaintiffs' discovery requests subject to a protective order where applicable. Tyson will produce the non-privileged ESI in acceptable electronic format such that Plaintiff may access and read all applicable data and information represented therein., The Parties agree that Plaintiff may make reasonable requests for metadata associated with selected items of the production. To the extent that the Parties cannot agree to the scope of any reasonable request, Plaintiff is not prohibited from moving the Court for an order requiring the production of the requested metadata.. Tyson also will produce a privilege

3

log disclosing the existence and nature of any ESI that is withheld on the basis of a privilege that Tyson is asserting, in accordance with Federal Rule of Civil Procedure 26(b)(5). This agreement does not waive or prevent Tyson from asserting any other appropriate objections.

5. **Accessibility:** Tyson's obligation to seek and produce ESI is limited to active data from the custodians listed in Paragraph 1 and will not include archival data. Tyson has in its possession backup tapes that are for disaster recovery purposes only. Extracting information from the tapes would be extremely burdensome and costly. Thus, Tyson is not obligated to perform any searches of the backup tapes in seeking ESI responsive to plaintiffs' discovery requests. If Plaintiffs learn of relevant information that would be found in the archives or backup tapes, they reserve the right to request Tyson to produce this information, and they reserve the right to request the court to compel production if Tyson refuses to produce it. In the event Plaintiffs request production of information stored in archives or backup tapes, Tyson reserves the right to petition the Court to compel Plaintiffs to pay for the cost of restoring, extracting, and producing such information.

6. **Inadvertent Disclosure**. The inadvertent disclosure of any document, communication or material (hereinafter collectively referred to as "Document") that is subject to a legitimate claim that the Document(s) should have been withheld from disclosure as material protected by the Attorney-Client Privilege, Work Product Doctrine, or other available privilege or protective doctrine, shall NOT constitute a waiver of any such privilege or other applicable protective doctrine for that Document, for any associated or related undisclosed communications, or Document(s), or for the subject matter of the inadvertently disclosed Document(s), if the producing party took precautions to avoid such inadvertent disclosure and if, upon becoming aware of the disclosure, requests return of the inadvertently disclosed Document(s). The parties

4

agree, and the Court orders, that one "precaution" that satisfies the preceding paragraph is for Tyson's counsel to assign an attorney or person, subject to the supervision of an attorney, to review the ESI documents collected as a result of the preceding paragraph before such documents are produced to Plaintiffs.  Upon being notified by the producing party of the inadvertent disclosure, the receiving party must promptly return or destroy the specified information or Document(s) and any copies it has, must not use or disclose the information or Document(s) until the claim is resolved, and must take reasonable steps to retrieve the information or Document(s) if the party disclosed it before being notified of the inadvertent disclosure.

     7.    **Admissibility:**  This Joint Stipulation pertains only to the production of documents and nothing in this Order shall be construed to affect the admissibility or relevance of any ESI.  All objections to admissibility and relevance are reserved and may be asserted at any time.

WHEREFORE, the parties stipulate to the terms above and jointly request the entry of an Order approving this Stipulation.

This 28th day of January 2010.

*/s/ Peter B. Andrews*
Peter B Andrews
(Admitted *pro hac vice*)
Stephen G Grygiel
(Admitted *pro hac vice*)
GRANT & EISENHOFER PA - WIL/DE
1201 N Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
E-mail: pandrews@gelaw.com
E-mail: sgrygiel@gelaw.com


Reuben A Guttman
(Admitted *pro hac vice*)
Traci L Buschner
(Admitted *pro hac vice*)
GRANT & EISENHOFER PA - WAS/DC
1920 L Street NW Suite 400
Washington, DC 20036
Tel: (202) 386-9500
Fax: (202) 386-9505
E-mail: rguttman@gelaw.com
E-mail: tbuschner@gelaw.com


Jonathan D Karmel
(Admitted *pro hac vice*)
THE KARMEL LAW FIRM
221 N LaSalle Suite 1414
Chicago, IL 60601
Telephone: (312) 641-2910
Facsimile: (312) 641-0781
E-mail: jon_karmellaw@ameritech.net

*Attorneys for Plaintiffs*

*/s/ Michael J. Mueller*
Michael J. Mueller
(Admitted *pro hac vice*)
Evangeline C. Paschal
(Admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201


Danuta Bembenista Panich,
Atty. No. 27497-49
Christopher C. Murray,
Atty. No. 26221-49
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
danuta.panich@ogletreedeakins.com
christopher.murray@ogletreedeakins.com


*Attorneys For Defendants, Tyson Foods, Inc. And Tyson Fresh Meats, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this 28th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF filing system, which will serve notice of electronic filing upon the following:

| | |
|---|---|
| Jonathan D. Karmel<br>The Karmel Law Firm<br>221 North LaSalle Street, Suite 1414<br>Chicago, Illinois  60601<br>jon_karmellaw@ameritech.net | Reuben A. Guttman<br>Traci L. Buschner<br>Grant & Eisenhofer P.A.<br>1920 L Street, NW, Suite 400<br>Washington, DC  20036<br>rguttman@gelaw.com<br>tbuschner@gelaw.com |
| Stephen G. Grygiel<br>Peter B. Andrews<br>Grant & Eisenhofer P.A.<br>1201 North Market Street<br>Wilmington, DE  19801<br>sgrygiel@gelaw.com<br>pandrews@gelaw.com | |

*/s/ Michael J. Mueller*
Michael J. Mueller (PHV)
HUNTON & WILLIAMS LLP
1900 K Street NW
Washington, DC  20006-1109
Telephone:  (202) 419-2116
Fax:  (202) 778-7433
mmueller@hunton.com

<u>Exhibit A</u>

- "Safety Meeting!"
- "Shift time"
- Wage
- "Wage Rate"
- Compens!
- Uncompens!
- Noncompens!
- Non-compens!
- "employees on a position"
- "4 minutes"
- "four minutes"
- Knife wielding
- knife-wielding
- "working steels"
- Sharpen!
- Hrs
- PPG
- Steel
- "Rubber gloves"
- "Mesh gloves"
- Pouches
- Mastercard
- "Master card"
- Mastertime
- "Master time"
- "Line time"
- "Gang Time"
- Timecard
- Timecards
- "Time card"
- "Time cards"
- "Start time"
- "End time"
- "Time Clock"
- "Clock in"
- Clock-in
- "Clock out"
- Clock-out
- "Punch in"
- "Punch-in"
- "Punch out"
- Punch-out
- "Time schedule"
- "Time schedules"

- "Personal schedule"
- "Personal schedules"
- "Individual schedule"
- "Individual schedules"
- "Employee schedule"
- "Employee schedules"
- "Team member schedule"
- "Team member schedules"
- "Work schedule"
- "Work schedules"
- Time-keeping
- "Time keeping"
- "Break time"
- "Meal time"
- "Meal period"
- Overtime
- Over-time
- "Comp time"
- "Straight time"
- Straight-time
- T&A
- "Time & Attendance"
- "Time and Attendance"
- "Attendance policy"
- "Attendance policies"
- "Time Edit"
- Lateness
- "Dressing time"
- "De minimis"
- "De minimus"
- Deminimis
- Deminimus
- "Fair Labor Standards Act"
- FLSA
- "Hours worked"
- "Wage and hour"
- "Paycheck correction"
- "Paycheck corrections"
- "Paycheck adjustment"
- "Paycheck adjustments"
- Clothing
- "Equipment List"
- "Required Equipment"
- Gear
- "Personal protective gear"
- "Sanitary clothing"

2

- "Sanitary equipment"
- "Sanitary gear"
- "Sanitary items"
- "Sanitary supplies"
- "Safety clothing"
- "Safety equipment"
- "Safety gear"
- "Safety items"
- "Safety supplies"
- "Clothes changing"
- Clothes-changing
- "Changing clothes"
- Dressing
- Undressing
- Donning
- Doff
- Doffing
- Ergonomic
- Smock
- Smocks
- Frock
- Frocks
- Earplugs
- Earmuffs
- Ear muffs
- Gloves
- "Cotton liners"
- "Cotton gloves"
- "Glove liners"
- "Cutting gloves"
- "Plastic gloves"
- "Vinyl gloves"
- "Polar gloves"
- "Freezer gloves"
- Kevlar
- Cut-resistant
- "Cut resistant"
- No-cut
- Non-cut
- Mesh
- "Chain mail"
- Apron
- Aprons
- "Belly guard"
- Scabbard
- Steel

3

- Ergo
- Sand
- Sandpaper
- "Sand paper"
- Steel-toed
- Smock-apron
- Smock-aprons
- Smockapron
- Smockaprons
- Sleeves
- "Arm guard"
- Arm guards
- "Hand guard"
- "Hand guards"
- "Wrist guard"
- "Wrist guards"
- Hairnet
- Hairnets
- Beardnet
- Beardnets
- "Beard net"
- "Beard nets"
- Bonnet
- Bonnets
- Boots
- "Bump cap"
- "Bump caps"
- Shoes
- "Rubber soled"
- Rubber-soled
- Footwear
- Coat
- Coats
- "Butcher jacket"
- "Butcher jackets"
- "Butcher's jacket"
- "Butcher's jackets"
- "Butchers jacket"
- "Butchers jackets"
- "Freezer coat"
- "Freezer coats"
- "Freezer suit"
- "Freezer suits"
- "Rain jacket"
- "Rain jackets"
- "Rain coat"

4

- "Rain coats"
- Raincoat
- Raincoats
- "Rain pants"
- "Rain suit"
- "Rain suits"
- Rainsuit
- Rainsuits
- Jumpsuit
- Jumpsuits
- Uniform
- Uniforms
- Coverall
- Coveralls
- "Safety vest"
- "Dust mask"
- "Dust masks"
- Mask
- Masks
- "Face shield"
- "Face shields"
- "Ski mask"
- "Ski masks"
- Goggles
- "Safety goggles"
- Glasses
- "Eye protection"
- "Eye wear"
- "Hard hat"
- "Hard hats"
- Hardhat
- Hardhats
- Bumpcap
- Bumpcaps
- "Tool belt"
- "Tool belts"
- Toolbelt
- Toolbelts
- "Back belt"
- "Back belts"
- Backbelt
- Backbelts
- Back-belt
- Back-belts
- Washing
- Rinsing

5

- "Tools of the trade"
- Saws
- Sharpen
- Sharpening
- Sterilize
- Sterilizing
- Regrind
- Regrinding
- Scissors
- "Wash stations"
- Washstations
- Sink
- Sinks
- Soap
- Sanitize
- Sanitizer
- Sanitizing
- "Dip station"
- "Dip stations"
- Dipstation
- Dipstations
- "Supply room"
- "Supply window"
- "Changing room"
- "Safety manual"
- "Safety manuals"
- "Training manual"
- "Training manuals"
- "Time study"
- "Time studies"
- "Job description"
- "Job descriptions"
- JSA
- JSAs
- "Job Safety Analysis"
- "Job Safety Analyses"
- "Job category"
- "Job categories"
- "Job classifications"
- "Line speed"
- "org chart"
- "Organizational chart"
- "Pay adjustment"
- "Pay adjustments"
- "Payroll adjustment"
- "Payroll adjustments"

6

- "Payroll correction"
- "Payroll corrections"
- "Off the clock"
- Off-the-clock
- [names of named plaintiffs]
- "policy hygiene"~10 OR "policy sanitation"~10 OR "policy safety"~10 OR "policy clock"~10 OR "policy time"~10 OR "policy attendance"~10 OR "policy manual"~10 OR "policy smock"~10 OR "policy apron"~10 OR "policy glove"~10 OR "policy equipment"~10 OR "policy dressing"~10 OR "policy clothes"~10 OR "policy clothing"~10 OR "policy wash"~10 OR "policy clean"~10 OR "policy don"~10 OR "policy doff"~10 OR "policy donning"~10 OR "policy doffing"~10 OR "policy put-on"~10 OR "policy putting-on"~10 OR "policy take-off"~10 OR "policy taking-off"~10 OR "policy supply"~10 OR "policy supplies"~10 OR "policy gear"~10
- "policies hygiene"~10 OR "policies sanitation"~10 OR "policies safety"~10 OR "policies clock"~10 OR "policies time"~10 OR "policies attendance"~10 OR "policies manual"~10 OR "policies smock"~10 OR "policies apron"~10 OR "policies glove"~10 OR "policies equipment"~10 OR "policies dressing"~10 OR "policies clothes"~10 OR "policies clothing"~10 OR "policies wash"~10 OR "policies clean"~10 OR "policies don"~10 OR "policies doff"~10 OR "policies donning"~10 OR "policies doffing"~10 OR "policies put-on"~10 OR "policies putting-on"~10 OR "policies take off"~10 OR "policies taking-off"~10 OR "policies supply"~10 OR "policies supplies"~10 OR "policies gear"~10
- "punch in"~10 OR "punch out"~10 OR "punch clock"~10 OR "punch time"~10
- "pay don"~10 OR "pay doff"~10 OR "pay donning"~10 OR "pay doffing"~10 OR "pay dressing"~10 OR "pay clothes"~10 OR "pay equipment"~10 OR "pay PPE"~10 OR "pay smock"~10 OR "pay apron"~10 OR "pay gloves"~10 OR "pay gear"~10 OR "pay put-on"~10 OR "pay putting-on"~10 OR "pay take-off"~10 OR "pay taking-off"~10 OR "pay equipment"~10 OR "pay wash"~10 OR "pay clean"~10 OR "pay cleaning"~10 OR "pay supply"~10 OR "pay supplies"~10 OR "pay break"~10 OR "pay breaks"~10
- "compensation don"~10 OR "compensation doff"~10 OR "compensation donning"~10 OR "compensation doffing"~10 OR "compensation dressing"~10 OR "compensation clothes"~10 OR "compensation equipment"~10 OR "compensation PPE"~10 OR "compensation smock"~10 OR "compensation apron"~10 OR "compensation gloves"~10 OR "compensation gear"~10 OR "compensation put-on"~10 OR "compensation putting-on"~10 OR "compensation take-off"~10 OR "compensation taking-off"~10 OR "compensation equipment"~10 OR "compensation wash"~10 OR "compensation clean"~10 OR "compensation cleaning"~10 OR "compensation supply"~10 OR "compensation supplies"~10 OR "compensation break"~10 OR "compensation breaks"~10
- "audit time"~10 OR "audit pay"~10 OR "audit wage"~10 OR "audit hour"~10 OR "audit dol"~10 OR "audit compliance"~10
- "personal-protective-equipment don"~10 OR "personal-protective-equipment doff"~10 OR "personal-protective-equipment put-on"~10 OR "personal-protective-

7

equipment putting-on"~10 OR "personal-protective-equipment take-off"~10 OR "personal-protective-equipment taking-off"~10 OR "personal-protective-equipment sanitation"~10 OR "personal-protective-equipment safety"~10 OR "personal-protective-equipment clock"~10 OR "personal-protective-equipment smock"~10 OR "personal-protective-equipment apron"~10 OR "personal-protective-equipment glove"~10 OR "personal-protective-equipment attendance"~10 OR "personal-protective-equipment break"~10 OR "personal-protective-equipment breaks"~10 OR "personal-protective-equipment dressing"~10 OR "personal-protective-equipment clothes"~10 OR "personal-protective-equipment clothing"~10 OR "personal-protective-equipment wash"~10 OR "personal-protective-equipment clean"~10 OR "personal-protective-equipment cleaning"~10 OR "personal-protective-equipment donning"~10 OR "personal-protective-equipment doffing"~10 OR "personal-protective-equipment gear"~10 OR "personal-protective-equipment supply"~10 OR "personal-protective-equipment supplies"~10

- "PPE don"~10 OR "PPE doff"~10 OR "PPE put-on"~10 OR "PPE putting-on"~10 OR "PPE take-off"~10 OR "PPE taking-off"~10 OR "PPE sanitation"~10 OR "PPE safety"~10 OR "PPE clock"~10 OR "PPE smock"~10 OR "PPE apron"~10 OR "PPE glove"~10 OR "PPE attendance"~10 OR "PPE break"~10 OR "PPE breaks"~10 OR "PPE dressing"~10 OR "PPE clothes"~10 OR "PPE clothing"~10 OR "PPE wash"~10 OR "PPE clean"~10 OR "PPE cleaning"~10 OR "PPE donning"~10 OR "PPE doffing"~10 OR "PPE gear"~10 OR "PPE supply"~10 OR "PPE supplies"~10

- "equipment don"~10 OR "equipment doff"~10 OR "equipment put-on"~10 OR "equipment putting-on"~10 OR "equipment take-off"~10 OR "equipment taking-off"~10 OR "equipment sanitation"~10 OR "equipment safety"~10 OR "equipment clock"~10 OR "equipment smock"~10 OR "equipment apron"~10 OR "equipment glove"~10 OR "equipment attendance"~10 OR "equipment break"~10 OR "equipment breaks"~10 OR "equipment dressing"~10 OR "equipment clothes"~10 OR "equipment clothing"~10 OR "equipment wash"~10 OR "equipment clean"~10 OR "equipment cleaning"~10 OR "equipment donning"~10 OR "equipment doffing"~10 OR "equipment gear"~10 OR "equipment supply"~10 OR "equipment supplies"~10 OR "equip don"~10 OR "equip doff"~10 OR "equip put-on"~10 OR "equip putting-on"~10 OR "equip take-off"~10 OR "equip taking-off"~10 OR "equip sanitation"~10 OR "equip safety"~10 OR "equip clock"~10 OR "equip smock"~10 OR "equip apron"~10 OR "equip glove"~10 OR "equip attendance"~10 OR "equip break"~10 OR "equip breaks"~10 OR "equip dressing"~10 OR "equip clothes"~10 OR "equip clothing"~10 OR "equip wash"~10 OR "equip clean"~10 OR "equip cleaning"~10 OR "equip donning"~10 OR "equip doffing"~10 OR "equip gear"~10 OR "equip supply"~10 OR "equip supplies"~10 OR "equipping don"~10 OR "equipping doff"~10 OR "equipping put-on"~10 OR "equipping putting-on"~10 OR "equipping take-off"~10 OR "equipping taking-off"~10 OR "equipping sanitation"~10 OR "equipping safety"~10 OR "equipping clock"~10 OR "equipping smock"~10 OR "equipping apron"~10 OR "equipping glove"~10 OR "equipping attendance"~10 OR "equipping break"~10 OR "equipping breaks"~10 OR "equipping dressing"~10 OR "equipping clothes"~10 OR "equipping clothing"~10 OR "equipping wash"~10 OR "equipping clean"~10 OR "equipping cleaning"~10 OR "equipping donning"~10 OR "equipping doffing"~10 OR "equipping gear"~10 OR "equipping supply"~10 OR

"equipping supplies"~10 OR "equips don"~10 OR "equips doff"~10 OR "equips put-on"~10 OR "equips putting-on"~10 OR "equips take-off"~10 OR "equips taking-off"~10 OR "equips sanitation"~10 OR "equips safety"~10 OR "equips clock"~10 OR "equips smock"~10 OR "equips apron"~10 OR "equips glove"~10 OR "equips attendance"~10 OR "equips break"~10 OR "equips breaks"~10 OR "equips dressing"~10 OR "equips clothes"~10 OR "equips clothing"~10 OR "equips wash"~10 OR "equips clean"~10 OR "equips cleaning"~10 OR "equips donning"~10 OR "equips doffing"~10 OR "equips gear"~10 OR "equips supply"~10 OR "equips supplies"~10

- "bump cap"~10 OR "bump-cap"~10 OR "bumpcap"~10

- "time edit"~10 OR "time edits"~10

- "wait time"~10 OR "wait compensation"~10 OR "wait compensable"~10 OR "wait pay"~10 OR "wait minute"~10 OR "wait second"~10 OR "wait hour"~10

- "waiting time"~10 OR "waiting compensation"~10 OR "waiting compensable"~10 OR "waiting pay"~10 OR "waiting minute"~10 OR "waiting second"~10 OR "waiting hour"~10

- "walk time"~10 OR "walk compensation"~10 OR "walk compensable"~10 OR "walk pay"~10 OR "walk minute"~10 OR "walk second"~10 OR "walk hour"~10

- "walking time"~10 OR "walking compensation"~10 OR "walking compensable"~10 OR "walking pay"~10 OR "walking minute"~10 OR "walking second"~10 OR "walking hour"~10

- "training hygiene"~10 OR "training sanitation"~10 OR "training safety"~10 OR "training clock"~10 OR "training smock apron glove attendance"~10 OR "training breaks"~10 OR "training PPE"~10 OR "training equipment"~10 OR "training dressing"~10 OR "training put-on"~10 OR "training putting-on"~10 OR "training take-off"~10 OR "training taking-off"~10 OR "training clothes"~10 OR "training clothing"~10 OR "training wash"~10 OR "training clean"~10

- "manual hygiene"~10 OR "manual sanitation "~10 OR "manual safety"~10 OR "manual clock"~10 OR "manual smock"~10 OR "manual apron"~10 OR "manual glove"~10 OR "manual attendance"~10

- "manuals hygiene"~10 OR "manuals sanitation"~10 OR "manuals safety"~10 OR "manuals clock"~10 OR "manuals smock"~10 OR "manuals apron"~10 OR "manuals glove"~10 OR "manuals attendance"~10

- "safety manual"~10 OR "safety policy"~10 OR "safety policies"~10 OR "safety ear"~10 OR "safety plugs"~10 OR "safety knife"~10 OR "safety knives"~10 OR "safety cut"~10 OR "safety cutting"~10 OR "safety glove"~10 OR "safety equipment"~10 OR "safety PPE"~10

- "audits time"~10 OR "audits pay"~10 OR "audits wage"~10 OR "audits hour"~10 OR "audits dol"~10 OR "audits compliance"~10 OR "audits overtime"~10

- "audit time"~10 OR "audit pay"~10 OR "audit wage"~10 OR "audit hour"~10 OR "audit dol"~10 OR "audit compliance"~10 OR "audit overtime"~10

9

- "break don"~10 OR "break doff"~10 OR "break donning"~10 OR "break doffing"~10 OR "break dressing"~10 OR "break clothes"~10 OR "break clothing"~10 OR "break equipment"~10 OR "break PPE"~10 OR "break smock"~10 OR "break apron"~10 OR "break gloves"~10 OR "break gear"~10 OR "break put-on"~10 OR "break putting-on"~10 OR "break take-off"~10 OR "break taking-off"~10 OR "break wash"~10 OR "break clean"~10 OR "break cleaning"~10 OR "break supply"~10 OR "break supplies"~10 OR "breaks don"~10 OR "breaks doff"~10 OR "breaks donning"~10 OR "breaks doffing"~10 OR "breaks dressing"~10 OR "breaks clothes"~10 OR "breaks clothing"~10 OR "breaks equipment"~10 OR "breaks PPE"~10 OR "breaks smock"~10 OR "breaks apron"~10 OR "breaks gloves"~10 OR "breaks gear"~10 OR "breaks put-on"~10 OR "breaks putting-on"~10 OR "breaks take-off"~10 OR "breaks taking-off"~10 OR "breaks wash"~10 OR "breaks clean"~10 OR "breaks cleaning"~10 OR "breaks supply"~10 OR "breaks supplies"~10

- "compensable activity"~10 OR "compensable activities"~10 OR "compensable work"~10 OR "compensable task"~10 OR "compensable tasks"~10

- "procedure hygiene"~10 OR "procedure sanitation"~10 OR "procedure safety"~10 OR "procedure clock"~10 OR "procedure time"~10 OR "procedure attendance"~10 OR "procedure manual"~10 OR "procedure smock"~10 OR "procedure apron"~10 OR "procedure glove"~10 OR "procedure equipment"~10 OR "procedure dressing"~10 OR "procedure clothes"~10 OR "procedure clothing"~10 OR "procedure wash"~10 OR "procedure clean"~10 OR "procedure don"~10 OR "procedure doff"~10 OR "procedure donning"~10 OR "procedure doffing"~10 OR "procedure put-on"~10 OR "procedure putting-on"~10 OR "procedure take-off"~10 OR "procedure taking-off"~10 OR "procedure supply"~10 OR "procedure supplies"~10 OR "procedure gear"~10

- "practice hygiene"~10 OR "practice sanitation"~10 OR "practice safety"~10 OR "practice clock"~10 OR "practice time"~10 OR "practice attendance"~10 OR "practice manual"~10 OR "practice smock"~10 OR "practice apron"~10 OR "practice glove"~10 OR "practice equipment"~10 OR "practice dressing"~10 OR "practice clothes"~10 OR "practice clothing"~10 OR "practice wash"~10 OR "practice clean"~10 OR "practice don"~10 OR "practice doff"~10 OR "practice donning"~10 OR "practice doffing"~10 OR "practice put-on"~10 OR "practice putting-on"~10 OR "practice take-off"~10 OR "practice taking-off"~10 OR "practice supply"~10 OR "practice supplies"~10 OR "practice gear"~10

- "questionnaire hygiene »~10 OR "questionnaire sanitation"~10 OR "questionnaire safety"~10 OR "questionnaire clock"~10 OR "questionnaire time"~10 OR "questionnaire attendance"~10 OR "questionnaire questionnaire"~10 OR "questionnaire smock"~10 OR "questionnaire apron"~10 OR "questionnaire glove"~10 OR "questionnaire equipment"~10 OR "questionnaire dressing"~10 OR "questionnaire clothes"~10 OR "questionnaire clothing"~10 OR "questionnaire wash"~10 OR "questionnaire clean"~10 OR "questionnaire don"~10 OR "questionnaire doff"~10 OR "questionnaire donning"~10 OR "questionnaire doffing"~10 OR "questionnaire put-on"~10 OR "questionnaire putting-on"~10 OR "questionnaire take-off"~10 OR "questionnaire taking-off"~10 OR "questionnaire supply"~10 OR "questionnaire supplies"~10 OR "questionnaire gear"~10

10

- "Department of Labor hygiene"~10 OR "Department of Labor sanitation"~10 OR "Department of Labor safety"~10 OR "Department of Labor clock"~10 OR "Department of Labor time"~10 OR "Department of Labor attendance"~10 OR "Department of Labor Department of Labor"~10 OR "Department of Labor smock"~10 OR "Department of Labor apron"~10 OR "Department of Labor glove"~10 OR "Department of Labor equipment"~10 OR "Department of Labor dressing"~10 OR "Department of Labor clothes"~10 OR "Department of Labor clothing"~10 OR "Department of Labor wash"~10 OR "Department of Labor clean"~10 OR "Department of Labor don"~10 OR "Department of Labor doff"~10 OR "Department of Labor donning"~10 OR "Department of Labor doffing"~10 OR "Department of Labor put-on"~10 OR "Department of Labor putting-on"~10 OR "Department of Labor take-off"~10 OR "Department of Labor taking-off"~10 OR "Department of Labor supply"~10 OR "Department of Labor supplies"~10 OR "Department of Labor gear"~10

- "DOL hygiene"~10 OR "DOL sanitation"~10 OR "DOL safety"~10 OR "DOL clock"~10 OR "DOL time"~10 OR "DOL attendance"~10 OR "DOL DOL"~10 OR "DOL smock"~10 OR "DOL apron"~10 OR "DOL glove"~10 OR "DOL equipment"~10 OR "DOL dressing"~10 OR "DOL clothes"~10 OR "DOL clothing"~10 OR "DOL wash"~10 OR "DOL clean"~10 OR "DOL don"~10 OR "DOL doff"~10 OR "DOL donning"~10 OR "DOL doffing"~10 OR "DOL put-on"~10 OR "DOL putting-on"~10 OR "DOL take-off"~10 OR "DOL taking-off"~10 OR "DOL supply"~10 OR "DOL supplies"~10 OR "DOL gear"~10

- "surveys time"~10 OR "surveys pay"~10 OR "surveys wage"~10 OR "surveys hour"~10 OR "surveys dol"~10 OR "surveys compliance"~10 OR "surveys overtime"~10

- "survey time"~10 OR "survey pay"~10 OR "survey wage"~10 OR "survey hour"~10 OR "survey dol"~10 OR "survey compliance"~10 OR "survey overtime"~10

- "UFCW don"~10 OR "UFCW doff"~10 OR "UFCW put-on"~10 OR "UFCW putting-on"~10 OR "UFCW take-off"~10 OR "UFCW taking-off"~10 OR "UFCW sanitation"~10 OR "UFCW safety"~10 OR "UFCW clock"~10 OR "UFCW smock"~10 OR "UFCW apron"~10 OR "UFCW glove"~10 OR "UFCW attendance"~10 OR "UFCW break"~10 OR "UFCW breaks"~10 OR "UFCW dressing"~10 OR "UFCW clothes"~10 OR "UFCW clothing"~10 OR "UFCW wash"~10 OR "UFCW clean"~10 OR "UFCW cleaning"~10 OR "UFCW donning"~10 OR "UFCW doffing"~10 OR "UFCW gear"~10 OR "UFCW supply"~10 OR "UFCW supplies"~10 OR "UFCW PPF" ~10

- "UNION don"~10 OR "UNION doff"~10 OR "UNION put-on"~10 OR "UNION putting-on"~10 OR "UNION take-off"~10 OR "UNION taking-off"~10 OR "UNION sanitation"~10 OR "UNION safety"~10 OR "UNION clock"~10 OR "UNION smock"~10 OR "UNION apron"~10 OR "UNION glove"~10 OR "UNION attendance"~10 OR "UNION break"~10 OR "UNION breaks"~10 OR "UNION dressing"~10 OR "UNION clothes"~10 OR "UNION clothing"~10 OR "UNION wash"~10 OR "UNION clean"~10 OR "UNION cleaning"~10 OR "UNION

11

donning"~10 OR "UNION doffing"~10 OR "UNION gear"~10 OR "UNION supply"~10 OR "UNION supplies"~10 OR "UNION PPF" ~10

- "Collective Bargaining Agreement don"~10 OR "Collective Bargaining Agreement doff"~10 OR "Collective Bargaining Agreement put-on"~10 OR "Collective Bargaining Agreement putting-on"~10 OR "Collective Bargaining Agreement take-off"~10 OR "Collective Bargaining Agreement taking-off"~10 OR "Collective Bargaining Agreement sanitation"~10 OR "Collective Bargaining Agreement safety"~10 OR "Collective Bargaining Agreement clock"~10 OR "Collective Bargaining Agreement smock"~10 OR "Collective Bargaining Agreement apron"~10 OR "Collective Bargaining Agreement glove"~10 OR "Collective Bargaining Agreement attendance"~10 OR "Collective Bargaining Agreement break"~10 OR "Collective Bargaining Agreement breaks"~10 OR "Collective Bargaining Agreement dressing"~10 OR "Collective Bargaining Agreement clothes"~10 OR "Collective Bargaining Agreement clothing"~10 OR "Collective Bargaining Agreement wash"~10 OR "Collective Bargaining Agreement clean"~10 OR "Collective Bargaining Agreement cleaning"~10 OR "Collective Bargaining Agreement donning"~10 OR "Collective Bargaining Agreement doffing"~10 OR "Collective Bargaining Agreement gear"~10 OR "Collective Bargaining Agreement supply"~10 OR "Collective Bargaining Agreement supplies"~10 OR "Collective Bargaining Agreement PPF" ~10

- "CBA don"~10 OR "CBA doff"~10 OR "CBA put-on"~10 OR "CBA putting-on"~10 OR "CBA take-off"~10 OR "CBA taking-off"~10 OR "CBA sanitation"~10 OR "CBA safety"~10 OR "CBA clock"~10 OR "CBA smock"~10 OR "CBA apron"~10 OR "CBA glove"~10 OR "CBA attendance"~10 OR "CBA break"~10 OR "CBA breaks"~10 OR "CBA dressing"~10 OR "CBA clothes"~10 OR "CBA clothing"~10 OR "CBA wash"~10 OR "CBA clean"~10 OR "CBA cleaning"~10 OR "CBA donning"~10 OR "CBA doffing"~10 OR "CBA gear"~10 OR "CBA supply"~10 OR "CBA supplies"~10 OR "CBA PPF" ~10

- "Department 420 don"~10 OR "Department 420 doff"~10 OR "Department 420 put-on"~10 OR "Department 420 putting-on"~10 OR "Department 420 take-off"~10 OR "Department 420 taking-off"~10 OR "Department 420 sanitation"~10 OR "Department 420 safety"~10 OR "Department 420 clock"~10 OR "Department 420 smock"~10 OR "Department 420 apron"~10 OR "Department 420 glove"~10 OR "Department 420 attendance"~10 OR "Department 420 break"~10 OR "Department 420 breaks"~10 OR "Department 420 dressing"~10 OR "Department 420 clothes"~10 OR "Department 420 clothing"~10 OR "Department 420 wash"~10 OR "Department 420 clean"~10 OR "Department 420 cleaning"~10 OR "Department 420 donning"~10 OR "Department 420 doffing"~10 OR "Department 420 gear"~10 OR "Department 420 supply"~10 OR "Department 420 supplies"~10 OR "Department 420 PPF" ~10

- "Handbook don"~10 OR "Handbook doff"~10 OR "Handbook put-on"~10 OR "Handbook putting-on"~10 OR "Handbook take-off"~10 OR "Handbook taking-off"~10 OR "Handbook sanitation"~10 OR "Handbook safety"~10 OR "Handbook clock"~10 OR "Handbook smock"~10 OR "Handbook apron"~10 OR "Handbook glove"~10 OR "Handbook attendance"~10 OR "Handbook break"~10 OR

12

"Handbook breaks"~10 OR "Handbook dressing"~10 OR "Handbook clothes"~10 OR "Handbook clothing"~10 OR "Handbook wash"~10 OR "Handbook clean"~10 OR "Handbook cleaning"~10 OR "Handbook donning"~10 OR "Handbook doffing"~10 OR "Handbook gear"~10 OR "Handbook supply"~10 OR "Handbook supplies"~10 OR "Handbook PPF" ~10

- "clean don"~10 OR "clean doff"~10 OR "clean put-on"~10 OR "clean putting-on"~10 OR "clean take-off"~10 OR "clean taking-off"~10 OR "clean sanitation"~10 OR "clean safety"~10 OR "clean clock"~10 OR "clean smock"~10 OR "clean apron"~10 OR "clean glove"~10 OR "clean attendance"~10 OR "clean break"~10 OR "clean breaks"~10 OR "clean dressing"~10 OR "clean clothes"~10 OR "clean clothing"~10 OR "clean wash"~10 OR "clean clean"~10 OR "clean cleaning"~10 OR "clean donning"~10 OR "clean doffing"~10 OR "clean gear"~10 OR "clean supply"~10 OR "clean supplies"~10 OR "clean PPF" ~10

13